■ In the Matter of ROBERT SHAPIRO, Appellant, v EVERETT JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term (Brown, J.), entered April 11, 1985 in Washington County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to (1) vacate warrants on file against him from New Jersey and (2) for an order denying New Jersey's request for temporary custody of him.

Judgment affirmed (see, Matter of Hill v Jones, 94 AD2d 904). Mahoney, P. J., Kane, Mikoll, Levine and Harvey, JJ., concur. [127 Misc 2d 935.]